# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

EDWARD LEE BOWN,

        Plaintiff,       :       Case No. 3:07-cv-375

                                  District Judge Walter Herbert Rice
-vs-                           Chief Magistrate Judge Michael R. Merz

                          :

SHERIFF DAVE VORE, et al.,

        Defendants.

## ORDER ADOPTING IN PART REPORT AND RECOMMENDATIONS

On October 10, 2007, Chief Magistrate Judge Merz conducted an initial review of this prisoner civil rights case under 28 U.S.C. § 1915 and concluded it should be dismissed as to Judge Dennis Langer, Laura Keniepp, and James Dare (Report and Recommendations, Doc. No. 4).

Plaintiff has filed timely Objections (Doc. No. 5), but has only objected with respect to Mr. Dare and Ms. Keniepp. Accordingly, the Court ADOPTS the Report and Recommendations and orders that all claims against Judge Dennis Langer be dismissed with prejudice as barred by judicial immunity. The Objections remain pending for consideration.

October 24, 2007.                                                       Walter Herbert Rice
                                                              United States District Judge