# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

EDWARD LEE BOWN,

           Plaintiff,           :         Case No. 3:07-cv-375

                                          District Judge Walter Herbert Rice

        -vs-                        Chief Magistrate Judge Michael R. Merz

                            :

SHERIFF DAVE VORE, et al.,

           Defendants.

---

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 16, 2007, hereby ADOPTS said Supplemental Report and Recommendations.

It is therefore ORDERED that the claims made in the Complaint against Laura Keniepp and James Dare be dismissed without prejudice for failure to state a claim upon which relief can be granted.

November 27, 2007.

                                     _____

                                          Walter Herbert Rice
                                       United States District Judge

1